

# Fourth Court of Appeals
## San Antonio, Texas

November 26, 2019

No. 04-19-00068-CR

Victor Manuel **PALOMO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2009CRN001115-D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

# O R D E R

Appellant's brief was originally due July 31, 2019. On August 9, 2019, appellant's counsel, Angela Moore, filed a letter, indicating she was originally retained as counsel to represent appellant but intended to be appointed as counsel due to the family's inability to pay her fee. On August 19, 2019, we abated this appeal and ordered the trial court to conduct a hearing by September 18, 2019 to determine whether appellant is indigent and if so, to appoint counsel. In response to our order, the trial court held a hearing, found appellant to be indigent, and appointed Ms. Moore as appellate counsel. On September 20, 2019, we lifted the abatement, reinstated the appellate deadlines, and ordered Ms. Moore to file a brief by October 21, 2019. We further advised that additional requests for extensions of time would be strictly reviewed.

On October 25, 2019, Ms. Moore requested an additional thirty days to file the appellant's brief. We granted that motion and ordered appellant to file his brief by November 20, 2019. We cautioned Ms. Moore that no further extensions would be considered absent extraordinary circumstances.

On November 20, 2019, Ms. Moore requested a 10-day extension, citing a deadline in another appeal, family medical issues, and emergency home repairs. After consideration, we **GRANT** appellant's request and **ORDER** appellant to file his brief **by December 2, 2019**. <u>No further extensions will be considered.</u>

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of November, 2019.



MICHAEL A. CRUZ,
Clerk of Court